

**FILED**

JAN 3 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-PO-5060-JCL |
| Plaintiff, | VIOLATION: FBGB003A, FBGB0039 |
| vs. | DISPOSITION CODE: PE |
| ROBERT D. BEVAN, | ORDER ACCEPTING PLEA LETTER |
| Defendant. | |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated September 17, 2018, advising Plaintiff has reached an agreement with Defendant. Defendant requests that he be permitted to make monthly installment payments on the amount due of $410.00.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $410.00, and shall do so by making payments at the rate of $25.00 per month. Defendant shall make his payments on or before the day 28th of payment of each month beginning on February 28, 2019, and continuing thereafter until paid in full.

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 29th day of January, 2019.

_____
JEREMIAH C. LYNCH
United States Magistrate Judge